## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PALTALK HOLDINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 16-1240-JFB-SRF |
| | ) |
| RIOT GAMES, INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION AND PROPOSED ORDER REGARDING STAY

WHEREAS, Plaintiff PalTalk Holdings, Inc. ("PalTalk") has asserted claims in U.S. Patent Nos. 5,822,523 and 6,226,686 (collectively, the "patents-in-suit");

WHEREAS, Defendant Riot Games, Inc. ("Riot") has filed four petitions for *inter partes* review ("IPR") challenging all claims in the patents-in-suit;

WHEREAS, the Patent Trial and Appeal Board has instituted IPR proceedings on all claims in the patents-in-suit;

WHEREAS, Riot has indicated its intent to move to stay this case pending completion of the IPR proceedings;

WHEREAS, in the interest of avoiding unnecessary motion practice, and to conserve judicial resources, the parties have agreed to stay this case pending final resolution of the IPR proceedings;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this case is stayed pending final resolution, including any appeal, of the IPR proceedings on the patents-in-suit. Each party reserves the right to request that the stay be lifted or modified due to changed circumstances.

| | |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Kelly E. Farnan* |
| John G. Day (#2403) | Kelly E. Farnan (#4395) |
| Andrew C. Mayo (#5207) | Richards, Layton & Finger, P.A. |
| 500 Delaware Avenue, 8th Floor | One Rodney Square |
| P.O. Box 1050 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| (302) 654-1888 | (302) 651-7700 |
| jday@ashbygeddes.com | farnan@rlf.com |
| amayo@ashbygeddes.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Riot Games, Inc.* |

Dated: May 18, 2018

SO ORDERED this _____ day of May, 2018

_____
United States Magistrate Judge